JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RODRIGUEZ, | Case No. ED CV 18-2177-SP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CCRSCA, et al., | |
| Defendants. | |

Pursuant to the Order Granting Voluntary Dismissal, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 14, 2020

SHERI PYM
United States Magistrate Judge